

# NUMBER 13-12-00637-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JIM HAMILTON, TDCJ# 1079035,**                                    **Appellant,**

**v.**

**BRAD LIVINGSTON, ET AL.,**                                       **Appellees.**

---

### On appeal from the 36th District Court
### of Bee County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Longoria**
**Memorandum Opinion Per Curiam**

The appellant's brief in the above cause was originally due on January 16, 2013. Appellant has previously requested and received two prior extensions of time to file the brief. On April 26, 2013, this Court ordered the appellate brief to be filed on or before May 24, 2013. The order notified counsel that no further extensions would be granted and that if the brief was not filed, the appeal was subject to dismissal for want of

prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless appellant reasonably explained the failure and the appellees were not significantly injured by the appellant's failure to timely file a brief.

Instead of filing the brief, appellant filed a third motion for extension of time to file the brief requesting until June 1, 2013, or in the alternative thirty days from the time the ruling on the motion. On May 10, 2013, the Court denied appellant's motion for extension of time to file the brief.

Appellant has failed to file his brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b),(c).

PER CURIAM

Delivered and filed the
13th day of June, 2013.

2